UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALDO TEOTIMO LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION FACILITY,<br><br>Respondent. | No.  1:26-cv-05401-DAD-SCR (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 1, 6) |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 24, 2026, the assigned magistrate judge issued findings and recommendations recommending petitioner's petition be granted. (Doc. No. 6.)  Specifically, the magistrate judge concluded that respondent failed to meet its burden of establishing that there is a significant likelihood that petitioner's removal to Mexico will be effectuated in the reasonably foreseeable future.  (*Id.* at 4–6.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 6–7.)  On July 30, 2026, respondent filed objections to the findings and recommendations which were comprised of a single sentence stating that respondent objects for the reasons stated in

1

its prior briefing.  (Doc. No. 7.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations filed on July 24, 2026 (Doc. No. 6) are ADOPTED IN FULL;

2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

   a. Respondent is ORDERED to immediately release petitioner Waldo Teotimo Lopez, A-File No. 018-236-064, from respondent's custody on the same conditions he was subject to prior to his re-detention on or about October 23, 2025;

   b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before a neutral adjudicator;

3. The Clerk of the Court is directed to serve the California City detention facility with a copy of this order; and

4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **August 5, 2026**                         _____

                                                DALE A. DROZD
                                                UNITED STATES DISTRICT JUDGE

2